## Mabel Thurow, Appellant, v. Clarence Thurow, Appellee.

Gen. No. 9,343.

opinion filed October 11, 1939. C. H. Dixon, for appellant; Alschuler, Putnam & Johnson, for appellee; Glenn T. Johnson and Clarence J. Ruddy, of counsel. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''